STATE v. CAPORASSO

No. 47A98

Case below: 128 N.C.App. 236

Motion by the Attorney General to dismiss the appeal allowed 5 March 1998.

STATE v. HUFFMAN

No. 547P97

Case below: 127 N.C.App. 562

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

STATE v. RUSSELL

No. 520P97

Case below: 127 N.C.App. 563

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

STATE v. WOOTEN

No. 208A94-2

Case below: Pitt County Superior Court

Motion by defendant (Wooten) for temporary stay allowed 23 February 1998.

T. L. HERRING & CO. v. BD. OF ADJUST. OF CITY OF WILSON

No. 35A98

Case below: 128 N.C.App. 532

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 March 1998.